<table>
<tr><td>Attorney or Party Name, Address, Telephone and Fax Number, and CA State Bar Number<br>Jerome A. Yelsky, Esq.<br>WEINSTEIN & RILEY, P.S.<br>12100 Wilshire Blvd., Suite 1100<br>Los Angeles, CA 90025<br><br>(310) 820-6529<br>Fax No.: (310) 826-0775<br>Bar No.: 75240<br>Attorney for Plaintiff FIA CARD SERVICES, N.A. (F.K.A. MBNA AMERICA BANK, N.A.)</td><td rowspan="2">FOR COURT USE ONLY</td></tr>
<tr><td>UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA</td></tr>
<tr><td>In re: AUDEL AVINA<br><br>Debtor.</td><td>CHAPTER 7<br>CASE NUMBER 08-11816 RR<br><br>ADVERSARY NUMBER</td></tr>
<tr><td>FIA CARD SERVICES, N.A. (F.K.A. MBNA AMERICA BANK, N.A.)<br>Plaintiff(s),<br>vs.<br>AUDEL AVINA<br>Defendant(s).</td><td>(The Boxes and Blank Lines below are for the Court's Use Only) (Do Not Fill Them In)<br><br>SUMMONS AND NOTICE OF STATUS CONFERENCE</td></tr>
</table>

TO THE DEFENDANT: A Complaint has been filed by the Plaintiff against you. If you wish to defend yourself, you must file with the Court a written pleading, in duplicate, in response to the Complaint. You must also send a copy of your written response to the party shown in the upper left-hand corner of this page. Unless you have filed in duplicate and served a responsive pleading by ___________________________, the Court may enter a judgment by default against you for the relief demanded in the Complaint.

A Status Conference on the proceeding commenced by the Complaint has been set for:

| **Hearing Date:** | **Time:** | **Courtroom:** | **Floor:** |
|---|---|---|---|
| ☐ **255 East Temple Street, Los Angeles** | | ☐ **411 West Fourth Street, Santa Ana** | |
| ☐ **21041 Burbank Boulevard, Woodland Hills** | | x **1415 State Street, Santa Barbara** | |
| ☐ **3420 Twelfth Street, Riverside** | | | |

PLEASE TAKE NOTICE that if the trial of the proceeding is anticipated to take less than two (2) hours, the parties may stipulate to conduct the trial of the case on the date specified, instead of holding a Status Conference. Such a stipulation must be lodged with the Court at least two (2) Court days before the date set forth above and is subject to Court approval. The Court may continue the trial to another date if necessary to accommodate the anticipated length of the trial.

Date of Issuance: ___________________________

**JON D. CERETTO**
**Clerk of the Bankruptcy Court**

**By:** ___________________________________
**Deputy Clerk**